UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

JULIUS BARROW,

          Defendant.

- - - - - - - - - - - - - - - x

**08 CRIM. 431**

SEALED INDICTMENT

08 Cr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAY 15 2008

JUDGE LYNCH

### COUNT ONE

The Grand Jury charges:

1. From in or about at least 2007, up to and including in or about May 2008, in the Southern District of New York and elsewhere, JULIUS BARROW, the defendant, together with others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JULIUS BARROW, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21, United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about July 17, 2007, in the vicinity of 1440 Bronx River Avenue, Bronx, New York, JULIUS BARROW sold crack cocaine to an undercover officer working for the New York City Police Department.

    b. On or about September 19, 2007, in the vicinity of 1440 Bronx River Avenue, Bronx, New York, JULIUS BARROW sold crack cocaine to an undercover officer working for the New York City Police Department.

    c. On or about February 26, 2008, in the vicinity of 1440 Bronx River Avenue, Bronx, New York, JULIUS BARROW sold crack cocaine to an undercover officer working for the New York City Police Department.

    d. On or about March 18, 2008, in the vicinity of 1440 Bronx River Avenue, Bronx, New York, JULIUS BARROW sold crack cocaine to an undercover officer working for the New York City Police Department.

(Title 21, United States Code, Section 846.)

COUNT TWO

The Grand Jury further charges:

4. On or about July 17, 2007, in the Southern District of New York, JULIUS BARROW, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, BARROW sold mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," to an undercover officer working for the New York City Police Department.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); and Title 18, United States Code, Section 2.)

COUNT THREE

The Grand Jury further charges:

5. On or about September 19, 2007, in the Southern District of New York, JULIUS BARROW, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, BARROW sold mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," to an undercover officer working for the New York City Police Department.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); and Title 18, United States Code, Section 2.)

COUNT FOUR

The Grand Jury further charges:

6. On or about February 26, 2008, in the Southern

District of New York, JULIUS BARROW, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, BARROW sold mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," to an undercover officer working for the New York City Police Department.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); and Title 18, United States Code, Section 2.)

### COUNT FIVE

The Grand Jury further charges:

7. On or about March 18, 2008, in the Southern District of New York, JULIUS BARROW, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, BARROW sold mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," to an undercover officer working for the New York City Police Department.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); and Title 18, United States Code, Section 2.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**JULIUS BARROW**

**Defendant.**

**INDICTMENT**

08 Cr.

(Title 21, United States Code,
Sections 841, 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.