UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :    ORDER

    - v -                              :    08 Cr. 431

JULIUS BARROW,                          :

        Defendant.                  :

- - - - - - - - - - - - - - - - - - - x

HONORABLE RONALD L. ELLIS, United States Magistrate Judge:

    The Court, having been advised that the above-referenced defendant has been arrested on a warrant issued by this Court, hereby orders that Indictment 08 Cr. 431 may be unsealed.

Dated: May 21, 2008

                                            HONORABLE RONALD L. ELLIS
                                            UNITED STATES MAGISTRATE JUDGE

