CR-12 (Rev. 5/03)

WARRANT FOR ARREST

☐ ORIGINAL

| United States District Court | DISTRICT |
| --- | --- |
| | SOUTHERN DISTRICT OF NEW YORK |
| UNITED STATES OF AMERICA<br><br>V.<br><br>JULIUS BARROW | DOCKET NO. **08 CRIM.** MAGISTRATE'S CASE NO. **431** |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>JULIUS BARROW |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>☒ Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY<br>NEW YORK |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Narcotics conspiracy, narcotics distribution

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: MAY 21 2008*

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>21 | SECTION<br>841, 846 |
| --- | --- | --- |

| | BAIL | OTHER CONDITIONS OF RELEASE | | |
| --- | --- | --- | --- | --- |
| ORDERED BY THEODORE H. KATZ<br>UNITED STATES MAGISTRATE JUDGE<br>SOUTHERN DISTRICT OF NEW YORK | | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | | DATE ORDERED<br>5/15/08 |
| CLERK OF COURT | | (BY) DEPUTY CLERK | | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE EXECUTED | Special Agent Kevin Cochran | *[signature]* |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.