UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    - v -

JULIUS BARROW,

               Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

08 Cr. 431 (GEL)

ORDER

GERARD E. LYNCH, District Judge:

      By letter dated May 27, 2008, defendant requests that today's conference be adjourned until June 2, 2008, and consents to the exclusion of time under the Speedy Trial Act until that date. As this adjournment will allow the defendant better to prepare his defense, the Court finds that the adjournment is in the interests of justice and outweighs the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1. The conference initially scheduled for May 27, 2008, shall be held on June 2, 2008, at 2 p.m.

2. The time from May 27, 2008, until June 2, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       May 27, 2008

                                              _____
                                              GERARD E. LYNCH
                                              United States District Judge