UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA    )
                            )
    v.                      )  **NOTICE OF APPEARANCE AND REQUEST**
                            )  **FOR ELECTRONIC NOTIFICATION**
JULIUS BARROW,              )
                            )  **08 Cr. 431**
        Defendant.          )

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs Lauren M. Ouziel and Margaret Garnett and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                      Southern District of New York


                                    by:        /s/
                                        Daniel S. Goldman
                                        Assistant United States Attorney
                                        (212) 637-2289

TO:   Lisa Scolari, Esq. (Via ECF)