UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        - v -

JULIUS BARROW,

                Defendant.

------------------------------------------------------------x

08 Cr. 431 (GEL)

**ORDER**

GERARD E. LYNCH, <u>District Judge</u>:

    By letter dated June 26, 2008, the Government requests that the conference currently scheduled for July 2, 2008, be adjourned until July 21, 2008, and that the time until July 21 be excluded for purposes of the Speedy Trial Act. Defendant consents both to the adjournment and to the exclusion of time. As this adjournment will allow the defendant better to prepare his defense, the Court finds that the adjournment is in the interests of justice and outweighs the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1. The conference scheduled for July 2, 2008, shall be held on July 21, 2008, at 4:30 p.m.

2. The time from June 30, 2008, until July 21, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       June 30, 2008

                                                     GERARD E. LYNCH
                                                   United States District Judge