UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

    - v -

JULIUS BARROW,

              Defendant.
------------------------------------------------------------x

08 Cr. 431 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    By letter dated July 18, 2008, the Government requests that the conference currently scheduled for July 21, 2008, be adjourned until September 5, 2008, and that the time until September 5 be excluded for purposes of the Speedy Trial Act. Defendant consents both to the adjournment and to the exclusion of time. As this adjournment will allow the defendant better to prepare his defense, the Court finds that the adjournment is in the interests of justice and outweighs the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1. The conference scheduled for July 21, 2008, shall be held on September 5, 2008, at 2:00 p.m.

2. The time from July 21, 2008, until September 5, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       July 21, 2008

                                                    _____
                                                     GERARD E. LYNCH
                                                  United States District Judge

[Stamp: USDC SDN / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 7/21/08]